UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22MJ3441-CMM

UNITED STATES OF AMERICA,
    Plaintiffs,
vs.

Ismael Soto Arocho,
    Defendant.
_____/

## NOTICE OF PERMANENT APPEARANCE AS COUNSEL OF RECORD FOR TRIAL LEVEL ONLY

COMES NOW MICHAEL A. GOTTLIEB, ESQUIRE, and files this appearance as counsel of record for trial level only, for the above-named Defendant. Counsel agrees to represent the Defendant for all proceedings arising out of the transaction with which the Defendant is presently charged in the United States District Court in and for the Southern District of Florida.

COUNSEL hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rules and with the Special Rules Governing the Admission and Practice of Attorneys.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

I HEREBY CERTIFY that a true copy of the foregoing Notice of Permanent Appearance as Counsel of Record for Trial Level Only has been electronically filed with the Clerk of Court using CM/ECF this 29th day of August, 2022.

/s/ Michael A. Gottlieb
_____
Michael A. Gottlieb, Esquire
Michael A. Gottlieb, P.A.
1311 SE 2nd Avenue
Ft. Lauderdale, Florida 33316
mike@mgottlieblaw.com
Phone: (954) 462-1005
Fax: (954)463-9869
Florida Bar No.: 981133